1218

No. 05–8333. OLIC v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. 

No. 05–8380. MEDAWAR v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–8422. MACH v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 05–8432. JOHNSON v. NORTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–8446. REMSEN v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–8449. AHLUWALIA v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 05–8477. LAVALLE C. v. MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 05–8523. STECHER v. COLORADO BOARD OF MEDICAL EXAMINERS. Ct. App. Colo. Certiorari denied.

No. 05–8547. STERLING v. SMITH, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.

No. 05–8563. JACKSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–8613. EWING v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied. 

No. 05–8621. BAKER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 05–8622. BATES v. MORELES ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–8669. LOMELI v. GORDON, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 05–8677. WARREN v. LEE, ADMINISTRATOR I, CALEDONIA CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.